IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GERALD SIMMONS, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| | : | NO. 08-5911 |
| v. | : | |
| | : | |
| | : | |
| DAVID DIGUGLIELMO, et al., | : | |
| Respondents | : | |

## ORDER

AND NOW, this 27th day of August, 2009, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED

2. The petition for a writ of habeas corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/S/LEGROME D. DAVIS

LEGROME D. DAVIS, J